IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 96-50569
_____


W. BLAKE SMITH, JR. and
PATTI FAIN SMITH,

                                        Plaintiffs-Appellees,

                        versus

JEAN S. SMITH, ET AL.,

                                        Defendants,

JEAN S. SMITH,

                                        Defendant-Appellant.

_____

Appeal from the United States District Court for
the Western District of Texas
(W-94-CV-366)
_____
December 3, 1996

Before REAVLEY, GARWOOD and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

     We find this appeal to be ruled by F.D.I.C. v. LeGrand, 43

F.3d 163 (5th Cir. 1995).  Although the criminal contempt order

fails for lack of notice, the civil contempt was clearly

warranted.  Accordingly, we affirm the civil portion of the

---

     [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

contempt order and remand to the district court for enforcement. The criminal portion of the order is vacated.

AFFIRMED IN PART; VACATED IN PART.  REMANDED.